RECEIVED

6/4/2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN

JUDGE JOHNSTON

MAGISTRATE JUDGE JENSEN

24CV50220

*Lee County Circuit Court*

THIS IS A STATE 1983 COMPLAINT UNDER THE CIVIL RIGHTS ACT

42 USC SEC 1983 IN VIOLATION OF THE RESTORATION ACT OF 2024 (ILLINOIS LAW)

FOR INTENTIONAL DISCRIMINATION IN VIOLATION OF TITLE II, THE AMERICANS WITH

DISABILITIES ACT 42 USC 12101 ESQ. AND REHABILITATION ACT 29 USC 794 ESQ.

HUMAN RIGHTS THROUGH RACIAL DISPARITIES AND DISCRIMINATIONS AT DIXON CORRECTIONAL CENTER

IN VIOLATION OF 1ST, 4TH, 8TH 13TH, 14TH AMEND OF U.S. CONST ILLINOIS CONST. DUE PROCESS, A.P.A.

AND EQUAL PROTECTION, EMOTIONAL DISTRESS U.S. CONST ART 3 SEC 2 CL1

HANNIBAL EASON

KWAME RAOUL AND THE ILLINOIS ATTORNEY GENERALS OFFICE.
THE INSPECTOR GENERAL OF ILLINOIS
THE STATE OF ILLINOIS

ILLINOIS STATE COMPTROLLER

CITY OF DIXON

ILLINOIS DEPARTMENT OF CORRECTIONS

DIXON CORRECTIONAL CENTER
NURSE WORBEL.
SGT PRESLEY
AMY POHL JACOBS
SGT BERKLEY

NIQUE PEREZ    ANGELA CARLSON, B.WELLS.

C/O LAHMAN
C/O GEORGE
SGT DEWEY
JOHN DOE(S)
ANDREA TACK
JANE DOE(S)
WARDEN MANZANO
B. DENGUE
LATOYA HUGHES MOORE
LONG PAIGE
ANDY WALTERS

WEXFORD MENTAL HEALTH AND MEDICAL

TRAVIS BAYLER

1) ILLINOIS HAS WAIVED ITS IMMUNITIES TO BE SUED. A COUNTY, STATE, CITY MUNICIPAL DEFENDANTS, OR INDIVUALS IN ALL CAPACITIES ARE SUED.

2) PLAINTIFF WAS BORN WITH SPINAL MENENGITIS MAKING HIM DEAF. HE HAS BEEN DEAF FOR 41 YEARS, SEVERE HEARING LOSS, HEARING IMPAIRED, HARD OF HEARING HE IS A QUALIFIED INDIVUAL UNDER THE ADA AND HE'S MENTALLY ILL. AS A RESUIT OF HIS ADA HANDICAPS AT DIXON C.C. HE HAS BEEN EXPLOITED, VICTIMIZED, INSTITUTIONALLY HARASSED, DENIED HIS ADA AND CONSTITUTIONAL RIGHTS. HE HAS BEEN ASSAUITED BY STAFF FEB 20, 2024. THERE HAS BEEN CONVERGENCE AND DESTRUCTIONS OF HIS PROPERTIES IN VIOLATION OF DUE PROCESS AND EQUAL PROTECTIONS. HE IS DENIED DUE PROCESS BY IDOC POLICIES AND PRACTICES AT DIXON WHEN HE EXECUTES GRIEVANCES UNDER PLRA. THE ONLY AVAIL REMEDY OF LAW IS A STATE 1983 COMPENSATATORY DAMAGES SOUGHT, PUNITITIVE DAMAGES SOUGHT, EMOTIONAL SUFFERINGS DAMAGES SOUGHT AND INJUNCTIONS FOR HIS RIGHTS BEING VIOLATED

3) THIS IS A FIRST IMPRESSION CASE EMBOIED WITH THE RACIAL DISPARITIES BLACK PRISONERS FACE WHERE IDOC WORKERS WORK UNDER THE DIGUISE "QUOTED" WHITE PRIVELEGE OR WORKERS PRIVILEGE. EXCEPT SOME OF THE DEFENDANTS ARE MINORITIES INSTEAD THEY GO ALONG WITH IT. "WE HAVE THE POWER TO VIOLATE YOUR RIGHTS" THE FEDERAL COURTS SEEMS TO PROTECT THEM EVERY TIME. IDOC OFFICIALS DO NOT WANT TO FOLLOW LAW. KWAME RAOUL IS IN VIOLATION BECAUSE ILLINOIS LAW PROHIBITS CHOKE HOLDS AND ILLINOIS SAFET-ACT REQUIRES IDOC OFFICIALS TO WEAR BODY CAMERAS ALSO. AS A RESUIT A LOT OF GRAVE VIOLATIONS ARE OCCURING BECAUSE IDOC OFFICIALS WANT TO KEEP DEPRIVING EASON OF HIS ADA RIGHTS, NEEDS AND ACCOMODATIONS. LEADING TO PRESLEY DOING A FALSE RESPORT. EASON WOUND UP IN A CHOKE HOLD BY SGT BERKLEY AND OTHERS AND WAS ASSAUITED, INJURED BADLY AND HIS HEARING AID WAS BROKEN ACTION IS SOUGHT DEFENDANTS (PRESLEY) EXERCISE POLICIES INCLUDING STEALTH FULLY CRAFTING FALSE STATEMENTS

3) WHETHER CLAIMS ARE FRAMED IN STATUTORY OR CONSTITUTIONAL TERMS, ITS RATHER CONSTITUTIONAL CHALLENGES TO THE ACTS OF STATE OFFICERS, CORRECTIONAL OFFICERS, STATE OFFICIALS AND GOVERNMENTS MAY BE SUED IN THIS COURT., A COURT OF COMPETENT JURISDICTION, ILLINOIS HAS WAIVED SOVERIGN AND ELEVENTH Amendment OF U.S. CONSTITUTION, IMMUNITY FOR ANY VIOLATION 775 ILCS 60/30 , 775 ILCS 60/15 775 ILCS 60/5(a)(C), 60/10 , 60/20 Commonwealth EDISON CO. WILL CNTY. COLLECTOR, 749 NE2d 964, 971 (ILL 2001)

4) PLAINTIFF SUES IN STATE COURT FOR A PROCEDURAL DUE PROCESS VIOLATION, THE CONDUCTS AND POLICIES CLAIMED OF VIOLATE STATE TORT LAW, ILLINOIS CONSTITUTION, U.S. CONSTITUTION, ADA, REHAB ACT, RESTORATION ACT, WERE RETALIATORY, RANDOM, UNAUTHORIZED BY DUE PROCESS OF LAW, AND EQUAL PROTECTIONS UNDER THE LAW, UNCONSTITUTIONAL, THE STATE COURTS PROVIDES Adequate Remedies FOR THE VIOLATION, PLAINTIFF HAS CONSTITUTIONAL CLAIMS FOR PROCEDURAL DUE PROCESS, AND STATE DUE PROCESS VIOLATIONS, DURING HIS INCARCERATIONS AT DIXON CORRECTIONAL CENTER, WHOSE Administration WILL REFLECT AS A MAJORITY CARRYING OUT PRACTICES THAT WERE, AND CONTINUE TO BE DISCRIMINATIVE TOWARD DISABLED INMATES, THOSE WHO FILE GRIEVANCES AND THOSE OF COLOR.

5) FORMS OF RELIEF UNDER THE RESTORATION ACT ARE NOT SUBJECT TO PLRA LIMITATION 775 ILCS 60/20 M°DANIEL VS. MEISNER 617 F. App'x 553,556 (7 TH CIR 2015) PLRA DOES NOT APPLY TO STATE-LAW AND STATE LAW TORT CLAIMS.

6) PLAINTIFF PRIOR TO 2024 FILED NUMEROUS GRIEVANCES AGAINST DIXON PRISON STAFF IN REGARDS TO HARASSMENT AND FAILURE TO ADEQUATELY ACCOMODATE HIS ADA NEEDS THROUGH INTENTIONAL DISCRIMINATION, HE HAS SUFFERED (B. DeNeve)

7) REPORTED STAFF MEMBERS LAHMAN, PRESLEY, PEREZ AND OTHERS UNDER SUPERIOR OFFICERS RAOUL, IDOC, TACK, DeNeve MANZANO, BAKER, HUGHES, WAITERS, BAYLOR AND MORE CONTINUED TO TAUNT AND HARASS PLAINTIFF WHO IS DEAF, MENTALLY ILL AND A PRISONER OF COLOR, EASY TO TARGET.

8) PRESLEY AND LAHMAN CONSPIRED AND CARRIED OUT CRAFT FILING A FALSE DOCUMENT ON FEB 20, 2024 COMMITTING IT THROUGH A, WILLFUL AND WANTON MISCONDUCT, A FELONY, WITH MALICE TO CAUSE HARM TO EASON IN VIOLATIONS OF ILLINOIS STATE TORT LAW AND EASON'S RIGHTS SECURED TO HIM DUE PROCESS EQUAL PROTECTION, ADA, 1ST 4TH 8TH 14TH AMENDS. U.S. CONST.

9) MR EASON HAS STATE AND FEDERAL CONSTITUTIONAL RIGHTS TO NOT BE WRITTEN A FALSE TICKET BY BOTH A PRIVATE CITIZEN AND IDOC OR DIXON CORRECTIONAL OFFICERS FOR RETALIATIONS TO AND IN RELATIONS TO HIS DISABILITY HANDICAPS, (ADA), HIS SEXUAL ORIENTATIONS, HIS RACE, HIS FAITH, HIS POLITICAL BELIEFS. IN VIOLATION OF HIS RIGHTS SECURED TO HIM BY ILLINOIS CONSTITUTION, ADA, PUBLIC ACT 103-150 Civil Rights Remedies RESTORATION ACT, REHAB ACT, A.P.A, PROCEDURAL DUE PROCESS, DUE PROCESS, EQUAL PROTECTION, 1ST 4TH, 7TH 8TH 14TH Amendments. HE CAN BE PUNISHED FOR FREE SPEECH BUT WAS

10) PRESLEY'S FEB 20, 2024 TICKET WAS COMPLETELY FALSE IN NATURE, FIRST IT WAS A RETALIATION TO GRIEVANCES EASON FILED AGAINST HER AND LAHMAN SINCE OCT 2023 SECOND IT WAS RETALIATION TO AN INCIDENT THAT OCCURRED FEB 19 2024 WITH POTTER (AS WAS GRIEVED) THIRD IT WAS SEXUAL HARASSMENT TARGETING INMATES IN THE FORM AND FASHION "TO GET THEM OUT OF THE WAY" BY PLAYING VICTIM TO PURPOSELY AND INTENTIONALLY WITH MALICE TO GET THEM TRANSFERRED WHO WERE AWARE OF AND WITNESS THEIR SEXUAL MISCONDUCTS WHILE AT DIXON. AS-APPLIED IT IS EQUIPPED WITH THEIR MISCONDUCT HISTORY ALONG WITH THE TICKETS THEY WRITE AND WAYS THEY ARE WRITTEN

A) PRESLEY WROTE A FALSE TICKET CHARGES WERE VAGUE.

B) PRESLEY DID SO EASON THROUGH EXCESSIVE FORCE WAS PLACED IN SEGREGATION

C) AFTER EASON WAS PLACED IN SEGREGATION BY SGT COMER THROUGH USE OF A NOTE SUPPLIED BY NURSE WORBEL EASON WAS ASSAULTED BY SGT BERKLEY SGT DEWEY AND OTHERS.

D) EASONS LEFT HEARING AID WAS BROKE, HIS BACK AND BODY WAS INJURED. HIS LEFT FOOT WAS CUT LEFT NIPPLE WAS SCARRED AND HIS PROPERTIES WERE DESTROYED THEREBY HIS RIGHTS WERE VIOLATED AND CAUSED BY LAHMAN AND PRESLEY OFF THE SHEER CONDUCTS, DISCRIMINATIONS, ABUSE OF STATE POWERS AND MOCKERY.

E) IN THE TICKET ISSUED BY PRESLEY FEB 20, 2024, IT WAS AND IS COMPLETELY FALSE IN NATURE. IT IS BEING USED IN THIS ACTION TO SHOW THE ELEMENTS EASON WAS EXPOSED TO IN VIOLATION OF ADA, 8TH, 14TH AMENDMENT DUE PROCESS AND EQUAL PROTECTION. PRESLEY AS ALL WOMEN IN DIXON DO EXCERCISED A POLICY OF MERE SEXISM TO GET HER WAY AND PLAY VICTIM. 1ST THERE IS NO CAMERA OR AUDIO FOOTAGE AS IS REQUIRED BY DUE PROCESS TO SUPPORT HER CLAIMS AND ALLEGATIONS THIS AMOUNTS TO AND CONSTITUTES MALICIOUS PROSECUTION.

She then carries on in the ticket using sexism, and her emotions to make readers feel sorry for her to circumvent due process. She states "Eason is an ongoing problem" as useth to attempt in supporting her claims to meet her requirements in writing ticket in first place. As a reporting officer she didn't write a ticket correctly in first place due process was violated. Dixon Correctional Center has a policy of marking down a series offense so an inmate physically may automatically be placed into handcuffs and placed in segregation. The ticket is not reviewed by a hearing investigator which is also due process violation, the policy at Dixon is no hearing investigator reviews major tickets as is required by Illinois prison procedures. The ticket fails to suffice if Eason violated a prison rule at all, other than she alleged in 2 reports contradicting each other that Eason verbally threatened her, and tried to hit her with a weapon, while she gives other versions of she thought or felt Eason was trying to hit her with a weapon. Its either he did or he didn't no camera reflects this. This is a violation.

A FALSE DOCUMENT IS A FELONY AND A CRIMINAL ACT. AND IS SOUGHT THAT LATHMAN PRESLEY BLERKLEY DOWEY BE FULLY CHANGED. NEXT PRESLEY GOES ON TO STATE ANOTHER LIE IN HER FALSE REPORT, "WHICH EVEN IF TRUE WOULD BE PROTECTED CONDUCT" HER CLAIM EASON SAID TO HER

"ITS A DA CALL MY LAWYER"

JUST THE SHEER AND MERE PRESENCE OF THIS ALONE IN TICKOT, WHICH IS NOT SUPPOSED TO BE THERE AT ALL CONSTITUTES HARASSMENT, 1ST 8TH 4TH 14TH AMENDMENT VIOLATIONS, AND RETALIATIONS TO HIS ADA (DISABILITY) HANDICAPS) AND GREVANCES FILED AGAINST HER.

11) PRIOR TO FEB 20 2024 INCIDENT
PRESLEY TARGETED EASON DURING DECEMBER 2023 HUNGER STRIKE
PRESLEY TARGETED EASON JAN 1, 2024 OVER WHEELCHAIR
PRESLEY BEGAN TALKING TO INMATES ABOUT EASON INCITING VIOLENCE
THESE CONDUCTS WENT ON, ON, AND ON AS GRIEVED,
BUT YOU SAY "EASON IS ONGOING PROBLEM" FOR EXCERCISING
1ST AMENDMENT AND 14TH TO FIRE GRIEVANCES, WHAT PRESLEY DOES
IS LEAVE OUT CONTENTS AND CONTEXT. CAMERA WILL REFLECT SHE
HARASSED EASON ALL DAY FEB 20, 2024 ON 1ST FLOOR OF HEALTH
CARE UNIT. SHE WANTED ATTENTION WHILE HER AND LATHMAN
WERE CARRYING OUT ACTS MISCONDUCTS VIOLATIVE OF PREA.

WATCH THE CAMERAS. SUCH PREA PROHIBITIONS
ARE ON CAMERA

12) → THE STATE AND IDOC (PRISONS) PROCEDURES (CUSTOMS)
OF DURESS AND OPPRESSION IS TO SYSTEMATICALLY
THROUGH REPORTS MINIMIZE THEIR OWN LIABILITIES.
NEITHER ARE THESE CONDITIONS NEUTRAL AND
UNIFORM APPLICABLE RULES OF PROCEDURES. INSTEAD
THEY ARE TACTICS TO TARGET INJURED PARTIES
WHO COMPLAINS OR FILE REPORTS, THIS IS
SUBSTANTIVELY A BURDEN IMPOSED UPON ETSON
WHO SEEK, SOUGHT REDRESS FOR INJURIES
RESULTING FROM THE USE OR MISUSE OF BOTH
GOVERNMENTAL AND STATE AUTHORITY.

13  SUCH PRACTICES DISCRIMINATES AGAINST FEDERAL RIGHTS.
IN REPORTS INDIVIDUALS WERE COMPLAINED OF,
SUPERVISORS WERE INFORMED AND REFUSED TO
ADDRESS AND REMOVE THE OFFICALS CAUSING PROBLEMS.
THEY WERE DELIBERATELY INDIFFERENT TO MY
HEALTH AND SAFETY THROUGH FAILURE TO PROTECT

19) As is supported above in #11 about wheelchair policies created by Sgt K. Presley who is not medical official. After Jan 1, 2024 execution of grievances. LT Stevenson and Sgt Presley both white with history of targeting black inmates and officers, took wheelchairs and painted them "PINK." (Pink was a way to target individuals in wheelchair" since Eason's released from segregation status. April 2024 Eason was assigned his own wheelchair that is not pink! Sgt Presley was reassigned! On May 20 2024 (Monday 1am - 3pm) (POHI was informed) Eason wheelchair broke while at prison library. He returned to his health care units officer 3rd floor mr c/o Hollens. Eason clearly stated he previously did 28 days of hunger strike to end harassment and didn't want a pink chair which will only place him a deaf inmate in hostile situation. He asked his black chair to be replaced with a black chair but it was replaced with a pink chair. Eason rebeled c/o Hollen threatened him physical harms and segregation. Eason got down on floor Sgt A Coffey came. She changed chair again but Eason believe he was called a bitch. He now motions Emergency motion

5) PLAINTIFF CONTENDS THIS COURT HAS COMPETENT
JURISDICTION WHERE ALL RECOVERIES AND REMEDIES
ARE SOUGHT, 1) WHEN THEIR JURISDICTION AS PRESCRIBED
BY LOCAL LAWS, IS ADEQUATE TO THE OCCASSION (@ 59)
2) SUCH POLICY IS IN ACCORD WITH THE POLICY OF THE
STATE (@ 57) 3) EXISTENCE OF THE JURISDICTION
CREATED AN IMPLICATION OF DUTY TO EXERCISE IT
(@ 58) 4) WHICH CAN NOT BE OVERCAME BY THE
DISAGREEMENTS WITH THE POLICY OF THE FEDERAL
ACTS, OR FEDERAL CLAIMS, AS CLAIMED WERE VIOLATED
(@ 57)
MONDOU VS NEW YOR, N.H. & H.R. 223 U.S. 1, 57,-59, (1912)

6) PLAINTIFF SEEKS, FOR COMMON LAW NEGLIGENCE DAMAGES,
AND ALL AVAIL COMPENSATION, AND THE SAME FOR
FOR FALSE IMPRISONMENT (UNDER CONCEPT OF SEGREGATION)
FOR WHICH IS A JIM CROW PRACTICE IN IDOC
( CONTINUES AFTER A CONSENT DECREE IN RASHO V BALDWIN)
IN VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS UNDER
1983 IDOC AND ILLINOIS FOR THE CONDUCTS OF THEIR
EMPLOYEES ACTING UNDER COLOR OF LAW

7) VARIETY OF IMMUNITES BY ILLINOIS ARE REMOVED OR WAIVED.

IT IS CLAIMED BY PLAINTIFF WHO IS (PRO'SE) UNDER THE IMPRESSION THAT MUNICIPALS, PRIVATE INDIVIDUALS, IDOC, AND GOVERNMENTAL OFFICIALS ARE SUBJECT TO SUIT FOR ADA, STATE TORT CLAIMS, INCLUDED WITH CLAIMS FOR CONSTITUTIONAL RIGHTS BEING VIOLATED.

18) THE STATE IS BEING SUED IN RESPONDENT SUPERIOR FOR THE VIOLATION OF NONDISCRETIONARY DUTIES, IN THE EXCERCISE OF GOVERNMENTAL AUTHORITY.

19) STATE AGENCIES THROUGH (INCLUDING STATE AGENTS) NONDISCRETIONARY DUTIES COMMITTED IN THE PERFORMANCE OF VARIOUS GOVERNMENTAL ACTIVITIES RESULTED PLAINTIFFS CONSTITUTIONAL IMMUNITIES, AND RIGHTS TO BE ABRIDGED AND VIOLATED.

20) THE STATE CAN BE JOINED IN AN ACTION FOR THE VIOLATIONS OF ESTABLISHED STATE COMMON-LAW, OR STATUTORY DUTIES, AS WELL AS FOR VIOLATIONS OF ITS NONDISCRETIONARY DUTY TO NOT VIOLATE THE CONSTITUTION.

21) WILL vs MICHIGAN DEPT OF STATE Police 491 US 58 (1989)(@ 69 N. 9)

Howlett v Rose 496 U.S. 356 (1990)(@ 381 N. 24)

"Federal law is enforceable in STATE court "Because

THE CONSTITUTION AND laws passed pursuant to it

ARE AS much laws in THE STATES AS laws passed by

THE STATE legislature.

22) THE Supremacy Clause makes those laws

"THE Supreme Law OF THE LAND" AND CHARGES THE

STATE COURTS WITH A COORDINATE RESPONSIBILITY TO

ENFORCE THAT law ACCORDING TO THEIR REGULAR modes

OF Procedure.

23) THE IMPORTANCE OF STATE CONTROL OF STATE JUDICIAL

Procedure is THAT FEDERAL LAW TAKES THE STATE COURT

AS IT FINDS THEM.

FEIDER v CASEY 487 U.S. 131 (1988)

TESTA v KATT 330 U.S. 386 (1947) @ 394

MONEll v New York City DEPT OF Soc. SER. 436 U.S. 658, 663 (1978)

TREBLE DAMAGES CLAIMS ARE BEING SOUGHT AND MADE.

24) PLAINTIFF (PRO 'SE) UNDER FIRST IMPRESSION

THROUGH PERSUASIVE EVIDENCE, LITERALLY

MOVES THROUGH STATE COURT TO ENTERTAIN

A 1983 ACTION, ADHERES TO THIS

INTERPRETATION BY INCLUDING MUNICIPALITIES

WITHIN THE CLASS OF PERSONS SUBJECT TO

LIABILITY FOR VIOLATIONS OF THE FEDERAL

CONSTITUTION, AND LAWS, CONGRESS ABOLISHED

WHATEVER VESTIGE OF THE STATES SOVEREIGN

IMMUNITY THE MUNICIPALITY POSSESSED

Owen v. CITY OF INDEPENDENCE

445 U.S. 622 @ 647-648 (1980)


25) FEDERAL LAW MAKES GOVERNMENTAL DEFENDANTS

THAT ARE NOT ARMS OF THE STATE, SUCH AS

MUNICIPALITIES, LIABLE FOR THEIR

CONSTITUTIONAL VIOLATIONS


26) THIS CASE IMPLICATES, INCLUDED WITH TORT, ADA, AND

DISCRIMINATION CLAIMS QUESTIONS OF RATHER CONGRESS

CAN REQUIRE THE STATES TO CREATE A FORUM

WITH CAPACITY TO ENFORCE FEDERAL STATUTORY RIGHTS

OR AUTHORIZE SERVICE OF PROCESS ON PARTIES WHO

ARE SUBJECT TO THIS COURTS JURISDICTION

27) THE CIRCUIT COURT OF ████ COUNTY HAS (FED COURT) GENERAL JURISDICTION. IT MAY EXCERCISE ITS JURISDICTION OVER TORT CLAIMS, AND OTHERS BY PLAINTIFF AGAINST STATE ENTITIES (INCLUDING I.D.O.C) OF THE SIZE AND TYPE OF PLAINTIFFS CLAIMS AND THE COURT CAN ENTER JUDGMENT AGAINST THE DEFENDANTS.

28) THIS COURT ALSO EXCERCISES JURISDICTION OVER 1983 ACTION AGAINST INDIVIDUAL OFFICERS AND IS FULLY COMPETENT TO PROVIDE THE REMEDIES THE FEDERAL STATUE REQUIRES.

29) PLAINTIFF HAS COMPLIED WITH ALL THE STATE-LAW PROCEDURES INVOKING THE JURISDICTION OF THIS COURT.

30) THE DEFENDANTS MAY BE HELD LIABLE FOR ACTIVITY THAT SUBJECTS THEM TO LIABILITY UNDER ILLINOIS LAW.

31) THE FEDERAL LAW IS LAW IN ILLINOIS AS MUCH AS LAWS PASSED BY THE STATE LEGISLATURE.
Alden v MAINE 527 U.S 706 (1999)
REICH v COLLINS 513 U.S. 106 (1994)

32) THE COURT HAS REJECTED THE NOTION THAT
POLITICAL SUBDIVISIONS MAY ASSERT A
RESIDUAL IMMUNITY PREDATING
RATIFICATION OF THE CONSTITUTION
NORTHERN INSURANCE Co. V CHATHAM
COUNTY 126. S.CT. 1689 (2006)

33) THE SUPREMACY CLAUSE FORBIDS STATE COURTS
TO DISSOCIATE THEMSELVES FROM FEDERAL LAW
BECAUSE OF DISAGREEMENT WITH ITS CONTENT
OR A REFUSAL TO RECOGNIZE THE SUPERIOR
AUTHORITY OF ITS SOURCE.
(MONDOU, MCKNETT, MAYFIELD, DOUGLAS, TESTA)

34) THE FOCUS HERE IS ON CONGRESS
(ACTIONS CONCERNS ACTS OF CONGRESS)
(WHERE RIGHTS WERE VIOLATED        )
(AS A WARD OF THE STATE            )
TO STRENGTHEN THE ROLE OF DEMOCRATIC
DECISIONMAKING TO ALLOW FOR DISTINCTIONS
TO BE DRAWN AMONG THE BROAD
ARRAY OF FEDERAL STATUES

35) CONGRESS INTENDED THAT STATE COURTS BE AVAILABLE
TO PLAINTIFF, BECAUSE OF THE VOLUME OF LITIGATION,
BECAUSE STATE COURTS ARE FAMILIAR WITH THE
GOVERNING TORT PRINCIPLES, AND BECAUSE STATE
COURT WOULD BE MORE CONVENIENT TO PLAINTIFF
THIS IS PLAINTIFFS FIRST TIME TO ITS UNDERSTANDING,
FIRST IMPRESSION (PRO'SE) FILING A 1983 1912
TORT VIOLATIONS, ABA VIOLATIONS, AND ILLINOIS
CIVIL RIGHTS REMEDIES RESTOR ACTION ACT VIOLATIONS

36) WHERE STATE COURTS ENTERTAIN A FEDERALLY CREATED
CAUSE OF ACTION THE FEDERAL RIGHT CANNOT BE DEFEATED
BY THE FORMS OF LOCAL PRACTICE
BROWN V WESTERN R. CO. OF ALABAMA 338 U.S. 294, 296 (1949)

37) PLAINTIFF WAS DEPRIVED OF HIS FEDERAL CIVIL RIGHTS BY
THOSE WIELDING STATE AUTHORITY. HE SEEKS TO RECOVER
DAMAGES AND SECURE INJUNCTIVE RELIEF
FOR HIS FEDERAL CONSTITUTIONAL AND STATUTORY
RIGHTS BEING ABRIDGED. A STATE 1983 PROVIDES A
A UNIQUELY REMEDY AGAINST INCURSIONS UPON
RIGHTS SECURED BY THE CONSTITUTION AND
LAWS OF THE NATION.

38) PLAINTIFF SEEKS RECOVERY THAT    ( $ 2,000,000.00 )
CONGRESS HAS AUTHORIZED, WHERE AS HERE A
SUBSTANTIVE BURDEN IS PLACED ON PLAINTIFF
WHO SEEKS REDRESS FOR INJURIES
RESULTING FROM THE USE OF MISUSE OF
GOVERNMENTAL AUTHORITY INCLUDING
BY ADMINISTRATIVE AGENTS OF ILLINOIS.

39) DEFENDANT FAILED TO PROTECT PLAINTIFFS
RIGHTS OR PUNISH THE WRONG DOERS.

40) PLAINTIFF RESPECTFULLY POINTS OUT WHILE HE IS NEED
OF APPOINTMENT OF COUNSEL, AND WHILE BEING PRO'SE
HE ATTEMPTS TO LEGALIZE LEGIBILY PROPERLY
PROPERLY PRESENTING ISSUES OF FEDERAL
PREEMPTIONS ( QUESTIONS ) OF STATE LAWS
WHERE HIS CONSTITUTIONAL RIGHTS WERE VIOLATED
"THE SUPREMACY CLAUSE IMPOSES ON STATE COURTS
A CONSTITUTIONAL DUTY TO PROCEED IN SUCH A
MANNER THAT ALL THE SUBSTANTIAL RIGHTS
OF THE PARTIES ( PLAINTIFF ) UNDER CONTROLING LAW
ARE PROTECTED "PLAINTIFF SIMPLY SEEK RELIEF FOR HARMS HE SUFFERED
ERIE R. CO. v TOMPKINS 304 U.S. 64, (1938)
PLAINTIFF IS PRO'SE HAS NO IDEA WHAT HE IS DOING OR HOW!.

41) "Every Person" who, under color of "Any" statue, ordinance, regulation, custom or usage, of "Any" state or territory or district of Columbia, subjects, or causes to be subjected, any citizen of the "United States" or other person "within" the jurisdiction thereof to the "deprivation" of any rights, privileges, or immunities secured by the "Constitution and Laws," shall be liable to the party insured in an "action of Law," suit in Equity, or other proper proceeding for Redress.

42) The defendant each in their capacity rather proprieties, perspective, individual, and official as applied violated the above clause and Plaintiff's action of Law in this County or Circuit Court of General Jurisdiction properly proceeds for Redress for injuries incurred. Suit for Gross misconduct ADA, Constitutional violations and discriminations, including Life, liberty, property, rights, privileges, or immunities deprivations.

43) Plaintiffs exclaims this entire suit
arose from conducts of Kathleen Presley
who acting under color of state law
carrying a badge as sergeant for and at (of the state)
Dixon Correctional Center of the
Illinois Departments of Corrections
Represented in all capacities including
official and individual where their acts
prior to, on, and after Feb 20, 2024
were not in accordance with their
authority instead she misused it intentionally
knowingly and in bad faith maliciously
to cause physical harms to Plaintiff
which he suffered from her false
disciplinary report that she carried out
after conspiring with her co-conspirator
C/o Lahman to write such to cover up
their illegal misconducts while
at Dixon Correctional Center.
So far Presley's attempt to gravely
Have Plaintiff transferred to a maximum
Security prison is a grave deprivation of
Rights, she had Plaintiff Jumped by officer Feb 20, 2024
He was harmed and is subject to transfer any time needed

44) EX PARTE VIRGINIA 100 U.S. 339, 346-347
Home Tel- & Co. v. City OF Los Angeles 227 U.S
Congress Enforces these above provisions
of the 14TH amendment against such
violative conducts.

45) Plaintiff was deprived of his constitutional Rights
privileges and immunities by (Presleys)
officials abuse of their position.

46) Such illegal conducts was manipulated with
vague prison disciplinary rules and falsified
infractions to show she was acting under
authority under illinois law, she was not.
IDOC allow staff so as the state of
illinois, to carry out state created policies
(unconstitutional) customs, or usages to violate
prisoners rights the state and their agents
failed to protect plaintiffs rights. The state
and its agents failed to ensure plaintiffs rights
were protected.

47) Presley, and illinois agents violated the constitution
and laws of illinois

48) Under Illinois law A Remedy is offered For such violations.

49) The state courts of Illinois Are available to give plaintiff full redress which common law affords for Physical harms and violations Done to plaintiff.

50) No statue, ordinance Requlation Custom or usage of Illinois bars that redress

51) Plaintiff contends Remedies Are Also available seeking Action Against those Representing the state in some capacity who were deliberately unwilling to enforce state laws.

52) 18 USC 242, provides criminal punishment for Anyone who under color of Any law statue or ordinance, requlation, or custom subjects Any inhabitant of A state to the deprivation of "Any Rights, privileges, or immunities secured or protected by the constitution or laws of the United States" This legally Applies to Radox, Berkley Dewey Presley, Lahman, Tack, Walters, IDOC, Perez, Hughes, Illinois

53) Misuse of power, possessed by virtue of Illinois law And made possible only because the wrongdoer is clothed with the authority of Illinois's law. (Is this under color of law?)

54) Unconstitutional actions were taken by State agents under color of any statue/law without State authority.

55) 42 USC 1988 directs federal courts to apply State law to fill in the gaps (Prose complaintant)

56) In the entire IDOC including Dixon Correctional Center the playing field (racially) isn't fair Warden Tack, Warden Manzano (not black wardens) there are no black majors, there is no black supervisor, theres maybe 3 black sgts 3 black Lts, among state/prison rules and regulations when requesting things, from IDOC Eason a black individual in custody "cant receive it" when a white non black individual in custody request them, they can get it. The entire clinical services consist of R. Block, (white) supervisor And all other counselors are white except one woman

FEDERAL CIVIL CONSPIRACY

57. DEFENDANTS WITH MALICE, WILLFUL INTENT
(CONDUCT) THROUGH DELIBERATE INDIFFRENCES
CONSPIRED (AND CARRIED OUT) IN VIOLATION OF
1983 TO DEPRIVE EASON OF HIS CONSTITUTIONAL
RIGHTS TO SUBSTANTIVE DUE PROCESS AND
EQUAL PROTECTION UNDER THE 14TH Amendment.

58. AT TRIAL AND BEFORE A JURY EASON WILL
ESTABLISH THROUGH ACTS, CONDUCTS,
POLICIES, CUSTOMS, PROCEDURES, AND
PRACTICES BY DEFENDANTS CONSTITUTIONAL
VIOLATIONS OCCURRED IN RELATIONS TO BEING
TARGETED AND DISCRIMINATED UPON
BASED UPON HIS ADA HANICAPS AND TENETS
IN THE 8TH Amendment THAT PROTECTS HIM
FROM SUCH CONDUCTS, RATHER ITS CRUEL
AND UNSUAL PUNISHMENT RESULTING FROM HIS
RACE, RELIGION, ADA, POLITICAL BELIEFS,
AND 1ST Amendment - PROTECTED BY EQUAL
PROTECTION CLAUSE AND SUBSTANTIVE
DUE PROCESS. DEFENDANTS HAVE SHOWN TO
HAVE BEEN MOTIVATED BY PERSONAL, INSTITUTIONAL
BIAS, AS GRIEVED. ACTION IS SOUGHT FOR DAMAGES AND "Ending policy"

59   Civil CONSPIRACY IS A COMBINATION OF 2 OR
     MORE PERSONS ACTING IN CONCERT TO
     COMMIT UNLAWFUL ACTS OR COMMIT
     LAWFUL ACTS BY UNLAWFUL MEANS. DEPRIVING
     EASON OF HIS CONSTITUTIONAL RIGHTS
     PROTECTED BY ADA, 1983, SUBSTANTIVE DUE
     PROCESS EQUAL PROTECTION.

60   EASON CLEARLY CLAIMS AND CHARGES IN THIS
     COMPLAINT ALL DEFENDANTS IN BOTH CAPACITIES
     INDIVIDUAL AND OFFICIAL, BY EXPRESS OR
     IMPLIED AGREEMENTS DEPRIVED HIM OF HIS
     CONSTITUTIONAL RIGHTS AND THE ACTUAL
     DEPRIVATIONS OF THOSE RIGHTS IN THE
     FORM OF OVERT ACTS IN FURTHERANCE
     OF THE AGREEMENTS, CONSPIRED ACTS,
     And policies.

61   DEFENDANTS JOINTLY ACTED AND OR CONSPIRED
     AMONG THEMSELVES THROUGH MONELL CUSTOMS
     TO DEPRIVE EASON OF HIS FEDERALLY
     PROTECTED RIGHTS TO EQUAL PROTECTION
     ADA, AND SUBSTANTIVE DUE PROCESS.

62) AT MINIMUM NURSE WORBEL, ATTACHED ON TO
EASON'S DISCIPLINARY TICKET, MEDICAL
INFORMATION THROUGH BIAS MOTIVE CAUSING
EASON TO BE ASSAULTED FEB 20, 2024.
SGT KATHERINE WROTE FALSE DISCIPLINARY
REPORT WITH THE INTENTION OF HAVEING EASON
ASSAULTED AND HIS MEDICAL RECORDS MODIFIED.
IT WAS A CLEAR MEETING OF THE MINDS AS
REFLECTED IN IDR DATED FEB 20, 2024
TO MALICIOUSLY REMOVE EASON FROM HEALTH
CARE AS A RESIDENT. BY THIS BEING THE MOTIVE
OFFICERS SGT BERKLEY SGT DEWEY AND
OTHERS USED SUCH TACTICS AS A MEANS
TO UNCONSTITUTIONALLY USE EXCESSIVE FORCE
IN VIOLATION OF ILLINOIS TORT LAW,
EQUAL PROTECTION, 8TH AMENDMENT, ADA,
SUBSTANTIVE DUE PROCESS AND 14TH AMENDMENT.
AS A RESULT OF A FALSE IDR, WHICH THE FEDERAL
AND STATE CONSTITUTION PROTECTS HIM FROM
RECIEVING EASON WAS ASSAULTED, AND INJURED
TODAY APRIL 29, 2024 HE IS STILL IN PAIN HIS HEARING
AID WAS BROKEN, AND THROUGH RACIAL POLICIES BY
LACK OF ENFORCEMENT OF STATE PROCEDURES HIS
PROPERTY WAS DESTROYED. SINCE FEB 20, 2024 AS GRIEVED.

STATE LAW CONSPIRACY

(63) UNDER ILLINOIS LAW DEFENDANTS IN

BOTH CAPACITIES, THROUGH CUSTOMS

POLICIES, AGREEMENTS (MONEY) CARRIED OUT

TORTIOUS ACTS COMMITTED IN FURTHERANCE

OF THAT AGREEMENT VIOLATING A HOST OF

EASONS CONSTITUTIONAL RIGHTS, ALSO ADA.

(64) AS pled AGREEMENTS EXISTED, PROVEN BY

PATTERNS WHERE SUCH Elements RESULTED

THIS CAUSE OF ACTION FROM VIOLATIONS OF

CIVIL RIGHTS

(65) DISCRIMINATION (ACTING under COLOR OF STATE LAW)

Section 1981  SECTION 1981 PROHIBITS DISCRIMINATION based

ON RACE, ADA PROHIBITS DISCRIMINATION

BASED ON DISABILITIES, TITLE VI

CIVIL RIGHTS ACT OF 1964, 28 CFR 42.104(b)(2),

1 OF CIVIL RIGHTS ACT OF 1871 17 STAT 13,

2 OF CIVIL RIGHTS ACT OF 1866,

14 STAT 27, 14TH AMENDMENT, SECTION 1986,

SECTION 1985, (PRIVATE CONDUCTS) EQUAL PROTECTION RIGHTS

42 USC 1997 (CRIPA) REHAB ACT, ADA, RESTORATION

ACT, RFRA, RLUIPA, CIVIL RICO (18 USC 1962-1964)

66) CUSTOMS CARRIED OUT BY MUNICIPALS ARE LIABLE
DUE TO OFFICIAL POLICY OR CUSTOMS THAT WERE,
ARE DISCRIMINATORY.

67 DEFENDANTS DISCRIMINATED AGAINST EASONS
EQUAL PROTECTIONS RIGHTS AND THE RIGHTS
COMMON LAW, SO PROTECTED BY EQUAL PROTECTIONS.

68 HE IS (EASON) AN AFRICAN AMERICAN, DEFENDANTS
CUSTOMS AND POLICIES WERE INTENDED ON BASIS
OF HIS RACE, ADA, RELIGIOUS AND POLITICAL STATUS
OR BELIEFS. SUCH DISCRIMINATIONS ARE THROUGH CUSTOMS
CONTINUING ON MORE THAN 2 SEPERATE INCIDENTS OR
PATTERNS. (GRIEVANCE PROCESS, EXCESSIVE FORCE, INTENTS, BAD FAITH
PROPERTY, SEGREGATIONAL TREATMENTS, FALSE TICKETS)
A POLICY IS PROVED TO BE RAN BY STAFFS AT DIXON
WHO SUM OUT TO BE GROUPS OF MAJORITIES. WHILE ST
EASON ESTABLISHES THE RELATIONSHIPS, HE ASSERTS
HE HAS CONSTITUTIONALLY PROTECTED RIGHTS WHICH WERE
VIOLATED AND INTERFERED. INCLUDING PROTECTED CONDUCTS, LIBERTIE
PRIVILEGES, BENEFITS, OPPORTUNITIES, SERVICES PROGRAMS
AND ACTIVITIES EASON WAS IMPAIRED OF THESE BY AND THROUGH
ARBITRARY COURSE OF ACTIONS. WHERE HIS PROTECTED
RIGHTS WERE ENCROACHED DENIED AND VIOLATED.

69) TORTIOUS CONDUCTS UNDER STATE LAW

A) EASON HAS A REASONABLE EXPECTATION AS
A WARD OF THE STATE, THAT INCLUDED width
ADA, RACE, RELIGIOUS AND POLITICAL PRACTICES
THAT STATE ADMINISTRATIVE AGENTS WHO
ALSO RECIEVE FEDERAL FUNDINGS
WILL ENSURE HIS RIGHTS PROTECTED
BY EQUAL PROTECTION CLAUSE,
14TH AMENDMENT AND DUE PROCESS
ARE PROTECTED.

B) THE DEFENDANTS ARE AWARE OF THIS
EXPECTATION FOR WHICH EASON IS IN THEIR
STATE CUSTODY PROTECTIONS OF HIS RIGHTS
SHALL BE PROVIDED THAT THEY FAILED TO do.

C) THE DEFENDANTS WITH MALICE, WILLFUL
CONDUCT, BAD FAITH DELIBERATELY
THROUGH DELIBERATE INDIFFERENCE AS A
GROUP OF MAJORITIES AGREED TO COURSES OF
ACTIONS TO INTENTIONALLY DEPRIVE EASON OF LIFE,
LIBERTY, PROPERTIES WITHOUT DUE PROCESS CAUSED AN
UNJUSTIFIED ASSAULT OR EXCESSIVE FORCE.

D) EASON IS SEEKING DAMAGES FOR SUCH ASSAULTS, AND VIOLATIONS OF CONSTITUTIONALLY PROTECTED RIGHTS.

E) IT IS THE VIOLATIONS OF RIGHTS THAT CREATED TORT UNDER ILLINOIS LAW.

F) SUCH VIOLATIONS CAME DIRECTLY FROM DEFENDANTS. THE DEFENDANTS DIRECTLY COMMUNICATED, WITH AND ACTED TOWARDS EASON, KNOWING THAT ABUSE OF STATE POWERS WERE VIOLATIONS OF EASONS CONSTITUTIONAL RIGHTS.

G) SUCH ACTIONS DESTROYED, ASSASINATED, DIMINISHED EASONS REPUTATION AND ABILITY TO EQUALLY NAVIGATE A NORMAL PRISON LIFE.

10) TORT IMMUNITY ACT

EASON BELIEVES UPON INFORMATION AND BELIEF DEFENDANTS ARE NOT IMMUNED FROM LIABILITIES UNDER NOT ONLY RESTORATION ACT OF 2024, ILLINOIS LOCAL GOVERNMENT AND GOVERNMENT EMPLOYEES TORT IMMUNITY ACT. THEY VIOLATED A HOST OF EASONS INDIVIDUAL RIGHTS.

11) EASON GENERALLY DISPUTES IMMUNITIES
"ONLY" APPLIES TO CONDUCTS WHICH
SUCH IMMUNITIES PROTECTS
HE CONTENDS NO IMMUNITIES APPLIES TO HIS
CLAIMS WHERE DEFENDANTS CONDUCTS FELL
WITHIN WILLFUL AND WANTON EXCEPTIONS.

12) RESPONDENT SUPERIOR CLAIMS
A) DIXON CORRECTION CENTER, CITY OF DIXON, IDOC,
LEE COUNTY ARE MUNICIPALS THAT CARRIED
OUT POLICIES AND CUSTOMS LIABLE UNDER
1983 UNDER STATE LAW DIXON UNDER IDOC
INDIVIDUALLY AND BOTH HAS FINAL POLICY MAKING
AUTHORITIES (THE COUNTY AND CITY AS WELL)

B) CAUSAL CONNECTION AND ALLEGED MISCONDUCTS
AGAINST KATHERINE PRESLEY AND OTHERS
IN BOTH CAPACITIES ARE SUFFICIENTLY PLED.

23) AT TRIAL EACH MAY BE PROVEN

A) THE EQUAL PROTECTION CLAUSE OF FOURTEENTH Amendment PROHIBITS STATE ACTIONS THAT DISCRIMINATES BASED ON PROTECTED CLASS, IRRATIONALLY TARGETING AN INDIVIDUAL FOR DISCRIMINATORY TREATMENT AS A SO-CALLED CLASS OF ONE, RATHER ITS ADA, Medical, RACE, POLITICAL Beliefs, AND Religious FAITH

B) THE EQUAL PROTECTION CLAUSE PROHIBITS INTENTIONAL RACIAL, Religious, ADA, Medical, POLITICALLY Related DISCRIMINATION BY STATE AND LOCAL OFFICIALS, And A PERSON WHO IS SUBJECTED TO SUCH DISCRIMINATION MAY Seek RELIEF under 42 USC / 983

C) THE Clear And central purpose OF THE FOURTEENTH Amendment WAS TO ELIMINATE All OFFICIAL STATE SOURCES OF All FORMS OF INVIDIOUS DISCRIMINATIONS IN THE STATES.

D) DEFENDANTS (All) STATE ACTIONS OPERATE (POLICY) REGULATIONS STEMMED FROM RACIAL BIAS HAVING DISCRIMINATORY EFFECT MOTIVATED BY DISCRIMINATORY purposes

E) AS PERFECTED IN THIS COMPLAINT
PLAINTIFF EASON WAS DENIED, DEPRIVED,
OF HIS COMMON LAW, STATUTORIAL, RELIGIOUS
INDIVUAL, STATE AND FEDERAL RIGHTS
BECAUSE OF HIS RACE

F) PLAINTIFF EASON IS AN AFRICAN AMERICAN
MALE WHO IS AN QUALIFIED INDIVUAL
UNDER A.D.A. THE DEFENDANTS
ARBITRARILY DENIED HIM HIS RIGHTS
THROUGH INTENTIONAL DISCRIMINATION

G) THE DEFENDANTS CONTINUED TO TARGET PLAINTIFF
FOR WRITING COMPLAINTS OR GRIEVANCES
(PROTECTED CONDUCTS)

H) THE GRIEVANCE PROCESS OPERATED BY
THE MAJORITIES AT DIXON CORRECTIONAL CENTER
AND OVERSEEN BY THEIR SUPERIORS BLOCK, TACK
HUGHES, WALTER, HARASSIVELY AND HUMILIATIVELY
REJECTED PLAINTIFFS REPEATED ATTEMPTS TO
RECTIFY MATTERS, ADA, MEDICAL, EFFECTIVE
COMMUNICATIONS, THAT VIOLATED HIS EQUAL
PROTECTION RIGHTS DISCRIMINATING BY RACE

I) KATHERINE PRESLEY AND HOSTS OF DEFENDANTS
VIOLATED EASONS RIGHTS UNDER 14TH AMENDMENT
BY DISCRIMINATING AGAINST HIM BASED ON
ADA, NATIONAL ORIGIN, RELIGION AND POLITICAL
STATUS EASON IS A MEMBER OF A PROTECTED CLASS,
HE IS QUALIFIED A DISABLED UNDER ADA,
HE IS AN AFRICAN AMERICAN. WHICH IS
SUBSTANTIVE DUE PROCESS AND EQUAL PROTECTION
VIOLATIONS.

74) DEFENDANTS FAILURE TO COMPLY WITH ITS OWN
STATE POLICIES, REGULATIONS AND PROCEDURES

A) THE STATE OF ILLINOIS BY COMMON LAW AND (DOJ)
CONTRACT HAS ENTRUSTED ILLINOIS ADMINISTRATIVE
AGENCIES AND AGENTS WITH POLICES, PROCEDURES
AND REGULATIONS REGARDING ADA, REHAB ACT
COMPLIANCE WITHIN THE ILLINOIS DEPARTMENT OF
CORRECTIONS

B) THE DEFENDANTS VIOLATED THESE POLICIES,
PROCEDURES AND REGULATIONS WHICH IS RELEVANT
TO THE CAUSE OF ACTION AT HAND NO limiting JURY
INSTRUCTIONS SHALL BE GIVEN IN REGARDS TO GRAVE VIOLATIONS

C) PLAINTIFF BRINGS A DELIBERATE
INDIFFRENCE CLAIM UNDER ADA AND
REHAB ACT AND RESTORATION ACT 1ST, 4TH 8TH/14TH Amend

D) PLAINTIFF WAS DENIED ACCESS TO,
OR ADEQUATE MEDICAL CARE AS NEED
AS A RESULT OF HIS ADA HANDICAPS
THIS includes TREATMENTS FOR BACK,
HEAD, STOMACH HEARING AIDS, COCHLEAR
IMPLANTS

E) PLAINTIFF is proceeding ON claims
Cognizable under ADA, REHAB ACT, RESTORATION
ACT, EQUAL PROTECTIONS, SUBSTANTIVE DUE
PROCESS 1ST 4TH 8TH 14TH AMENDMENTS
FOR COMPENSATORY DAMAGES WHERE AT TRIAL
"WITHOUT QUESTION" HE CAN SUBSTANTIALLY
SHOW DELIBERATE INDIFFRENCE BY DEFENDANT(S)

F) HE WAS DENIED AND EXCLUDED FROM BENEFITS,
PROGRAMS, ACTIVITIES, SERVICES, privileges (CRIPA)
BASED ON HIS DISABILITY. HE WAS DENIED BY A STATE
AGENCY DIXON, IDOC.

6) IDOC, DIXON FAILED TO PROVIDE
EFFECTIVE COMMUNICATION, ADA DEVICES,
ASL INTERPRETERS OR EVEN COCHLEAR IMPLANTS
SUCH FAILURE FALLS under STATE POLICIES,
REGULATIONS, AND PROCEDURES WHERE IDOC
(DIXON) IS A PUBLIC ENTITY WHO RECIEVES
FEDERAL FUNDING OR ASSISTANCE AND ARE
REQUIRED BY LAW TO PROVIDE SUCH NEEDS
OR ACCOMODATIONS INCLUDED USING FUNDS
GIVEN TO PUBLIC ENTITY ALONG WITH
ADA AND REHAB ACT, RESTORATION ACT
PROTECTS HIM FROM EXCLUSIONS OF THESE
OFFERED OPPORTUNITIES, SERVICES, PROGRAMS,
ACTIVITIES BENEFITS, PRIVILEGES AT DIXON
INCLUDING NECESSARY ADEQUATELY NEEDED
MEDICAL CARE, CONSTITUTING DISCRIMINATION.

15) EXPERT OPINION IS REQUESTED WILL SHOW

A) ONGOING MEDICAL CONDITIONS STOMACH, EYES, BACK, EARS. (DEVICES, HEARING AID, COCLEAR IMPLANTS)

B) PLAINTIFF HAS LASTING PHYSICAL AND MENTAL INJURIES, HE WAS ASSAULTED BY STAFF FEB 20, 2024 CAUSED BY PRESLEY.

C) PLAINTIFF MAY TESTIFY ABOUT HIS OWN OBSERVATION OF HIS CONDITIONS AND ANY PAINS OR DISCOMFORT.

D) UNDER 1983, ADA, REHAB ACT RESTORATION ACT THE RESTRICTIONS ON RECOVERIES PURSUANT TO THE PLRA DO NOT APPLY AS PLAINTIFF HAS EXHAUSTED, EXECUTED STATE REMEDIES, GRIEVANCE PROCESS OR WAS NOT AVAILED ONE.

E) VIOLATIONS OF POLICIES IS MATERIAL TO INTENTIONAL (DISCRIMINATION) VIOLATIONS OF KNOWN CLEARLY ESTABLISHED LAW.

F) PLAINTIFF'S STATUS AS A DISABLED OFFENDER
ENTITLED HIM TO PROTECTIONS under
EQUAL PROTECTIONS CLAUSE, ADA, REHAB ACT
AND THE Illinois Civil Rights Remedies
RESTORATION ACT

G) IDOC IS RESPONSIBLE FOR THE ACTIONS OF
WEXFORD Health Sources, INC
28 CFR PT 35, App. B., 28 CFR 35.152(a)

76) THESE ARE ADMINISTRATIVE INTIMIDATION
TACTICS TO TARGET IF NOT ONLY AFRICANS
IN PRISON, INSTEAD ALSO ALL GRIEVANCE
FILERS "A POLICY" "A CLASS OF ONE"
(UNDER FIRST IMPRESSION) SUCH ACTIONS
LACKED RATIONAL BASIS FOR SINGLING THEM
OUT FOR INTENTIONALLY DISCRIMINATORY
TREATMENT ON A CASE BY CASE BASIS.

77) SUIT IS BROUGHT BECAUSE PLAINTIFF HAS
NO ADEQUATE REMEDIES OF LAW, WHERE
DEFENDANTS FAILED TO PERFORM THEIR
STATE AND OR FEDERAL CONTRACTUAL
OBLIGATIONS, WHICH RESULTED IN PLAINTIFFS
INDIVUAL RIGHTS BEING VIOLATED.

78) WHEN IT REGARDS FEDERAL CONSTITUTIONAL CLAIMS,
DEFENDANTS ARE NOT REQUIRED TO RECIEVE PRIOR
NOTICE OF CIVIL SUITS AGAINST THEM, AND
STATE ADMINISTRATIVE OFFICERS OR AGENTS,
STATE OFFICIALS FOR THEIR ACTS OR CONDUCTS
IN THE COURSE OF THEIR DUTIES WHERE RIGHTS WERE
VIOLATED.

79) ACTION ESTABLISHES PLAINTIFF WAS INJURED,
SUCH INJURIES ARE FAIRLY TRACEABLE TO
DEFENDANTS CHALLENGED CONDUCTS, AND IS LIKELY
TO BE REDRESSED BY JURY OR FAVORABLE
JUDICIAL DECISION

80) FED CIV PRO 103,3
Fed CIV PRO 103.2

81) Plaintiff isn't sure if he can attach a claim that

1) Attorney General And his officers are private Attorneys under color of state law

2) That their conducts, frauds on the court deprived him of protections under Equal Protection Clause,

3) Their conduct depreciative of And denied him his 1st Amendment Right to access courts.

4) Conducts are actionable in a 1983 where a 1985 for civil conspiracy can also be asserted.

82) Public Employment # 899, 1001 No absolute immunities are available

83) Civil Rights # 1398, 1395(i), 1354, 1326(4, 5) Performed functions does not entitle immunities Due to constitutional rights violated from municipal custom ( The Public Function Test) (Joint Action, Close Nexus, Compulsion Test) Lore v City of Syracuse 670 F3d 127, 168 (2d cir 2012)

84) It is Enough the private parties and all defendants, were willful participants in joint action with the state or its state agents to violate constitutional rights Forbes v Cty of NY #05-cv-7331 (Aug 12, 2008) Dennis v Sparks 449 U.S. 24, 29, (1980)

85) ANIIAO v SPOTA 774 F Supp. 2d 457, 499 (ED NY 2011)
DEFENDANTS INVOKED TITLE AID OF STATE OFFICIALS TO
TAKE ADVANTAGE OF STATE-CREATED ATTACHMENT
PROCEDURES ACTED UNDER COLOR OF STATE LAW

86) UNDER 14TH AMENDMENT EQUAL PROTECTION CLAIM
ON THEORY OF SELECTIVE TREATMENT, DEFENDANTS
COMPARED WITH OTHERS SIMILARLY SITUATED
SELECTIVELY TREATED EASON WHICH WAS MOTIVATED BY
INTENTIONS TO DISCRIMINATE ON BASIS OF RACE, ADA,
RELIGION IMPERMISSIBY TO PUNISH OR INHIBIT THE
EXERCISE OF CONSTITUTIONAL RIGHTS, BY MALICIOUS
AND BAD FAITH INTENTS TO INJURE EASON.
( DISPARATE TREATMENTS, IMPERMISSIBLE MOTIVATIONS )

87) AMERICAN LAW STATES, IT IS ENOUGH, THAT THE PRIVATE
PARTIES AND DEFENDANTS, WHO ACTED UNDER COLOR
OF STATE LAW WERE, WILLFUL PARTICIPANTS IN
JOINT ACTION, WITH THE STATE OR ITS AGENTS.
DENNIS v SPARK 449 U.S. 24, 27 (1980)

88) THE TOUCHSTONE OF A JOINT ACTION IS OFTEN A PLAN
PREARRANGEMENT, CONSPIRACY, CUSTOM, OR POLICY SHARED
BY THE PRIVATE ACTOR AND THE STATE

While PRIVATE ACTORS DOESN'T ACT UNDER COLOR OF
STATE LAW merely BY COMMUNICATING OR
COOPERATING WITH A STATE ACTOR, THEY DO ACT UNDER
COLOR OF STATE LAW BY TAKING A MORE ACTIVE ROLE.
(HUGHES, JEFFREYS, TACK, MANZANO, PRITZKER, BLOCK, RAOUL)
ALL EXERCISED DECISIONS, INFLUENCES ACTED UNDER COLOR
OF STATE LAW WHEN BEING ACTIVELY INVOLVED IN VIOLATIONS
OF PLAINTIFFS CONSTITUTIONAL RIGHTS. NO INDEPENDENT
JUDGMENTS WERE EXERCISED, WHERE THEY INVOKED
THE NEEDED AID TO OR AID OF STATE OFFICIALS TO TAKE
ADVANTAGE OF STATE-CREATED RIGHTS AND PROCEDURES
ACTED UNDER COLOR OF STATE LAW.

89) UNDER THEORY OF SELECTED TREATMENT, CLASS OF ONE,
IN VIOLATION OF THE EQUAL PROTECTION CLAUSE,
FIFTH AMEND SECTION ONE, EASON COMPARED WITH OTHERS
SIMILARLY SITUATED WAS SELECTIVELY TREATED,
SUCH SELECTIVE TREATMENTS WERE MOTIVATED BY AN
INTENTION TO DISCRIMINATE ON THE BASIS OF IMPERMISSIBLE
CONSIDERATIONS SUCH AS RACE, ADA, RELIGION TO PUNISH
OR INHIBIT THE EXERCISE OF CONSTITUTIONAL RIGHTS,
BY A MALICIOUS AND BAD FAITH INTENTION TO INJURE
MR. EASON. (DISPARATE TREATMENTS)

90) EQUAL PROTECTION CLAIM under EITHER OR BOTH

A CLASS OF ONE, OR CLASS BASED. HE IS ADA PROTECTED,

AFRICAN AMERICAN, POLITICAL, RELIGIOUS, AND LITIGIOUS

AND is PROTECTED FROM SELECTIVE TREATMENTS

EASON is A REGULAR INMATE IN PRISON ASIDE FROM

DEAFNESS, LEARNING DISABILITIES, MENTAL ILLNESS,

Selectively TREATED AS COMPARED TO OTHERS NON-DEAF

WHOM ARE SIMILARLY SITUATED. THE SELECTIVE TREATMENTS

WERE MOTIVATED BY (AND CARRIED OUT BY A GROUP OF MAJORITIES)

AN INTENTION TO DISCRIMINATE ON THE BASIS OF IMPERMISSIBLE

CONSIDERATIONS, SUCH AS RACE, ADA, RELIGION

91) FIRST Amendment CLAIM OF DENIAL OF ACCESS TO COURTS

THE RIGHT TO PETITION IS A PROTECTED CONDUCT THAT

EXTENDS THROUGH 14TH Amendments TO ILLINOIS,

AND ALL DEPARTMENTS OF THE GOVERNMENTS (IDOC)

INCLUDING THE COURTS. THROUGH DELIBERATE INDIFFERENCE

defendants (HARASSED EASON FOR FILING LAWSUITS OR

GRIEVANCES AND EXERCISED CUSTOMS INTENTIONALLY TO

OBSTRUCT LEGITIMATE EFFORTS TO SEEK Judicial REDRESS;

BOTH APPLIES FORWARD-LOOKING SUITS, WHERE SYSTEMIC OFFICIAL

ACTION FRUSTRATED EASONS ABILITY TO FILE A SUIT, AND

BACKWARD-LOOKING SUITS THAT CANNOT NOW BE TRIED NO MATTER

WHAT DEFENDANTS CONDUCTS MAYBE IN THE FUTURE-

92) IN THE BACKWARD looking CLAIM DIXON OFFICIALS AND SPRINGFIELD AND STATE AGENTS, DEFENDANTS CONDUCTS OF HARASSMENT CAUSED THE LOSS OR INADEQUATE SETTLEMENT OF A MERITORIOUS, EASON v HUGHES 20-01157 RJD. IT IS A HUGE CONTINUATION OF SYSTEMIC OFFICIAL ACTION, WHICH QUESTIONABLY IS BIAS IN REGARDS TO RACE, ADA, CONTRACTUAL OBLIGATIONS UNDER FEDERAL COMMON AND STATUTORIAL LAW, POLITICAL BELIEFS AND Religion, FRUSTRATING EASONS ABILITY TO NOT ONLY File lawsuits yet Also FRUSTRATE his ABILITY TO APPEAL ATTACKING his CRIMINAL CONVICTIONS, HE Has Filed many APPEALS And lawsuits, Rendering His RIGHT TO Seek Redress As severely Hollow OR SUBJECT TO DISMISSALS (RELATIONS BACK) WITH APPOINTMENT OF counsel EASON will Be ABLE TO AVER Evidence OR THINGS HE did NOT Know OR HAVE IN possesion CAME AFTER THE FACT

93) DEFENDANTS CONSPIRED AND AGREED TO NOT follow STATE law, FEDERAL COMMON law, And THEIR OWN Policies And procedures Administratively TOWARDS EASON Because HE HAS Been litigious IN PAST 1983 ACTIONS AGAINST STATE OFFICIALS

Relating to His Race, Religious Beliefs,
And Disability Rights, He is Politically Active.

94) Under Both 1983 and 1985
IDOC officials, and State Officials of
Government Offices, Governor, Attorney General
Made Agreements to Deny Easons Substantive
Rights while in Prison, Such acts inflicted
And caused unconstitutional injuries, And
The acts were done with Intentions in
    Furtherance of causing physical damages.
Such conspiracies, were for the purposes
Of employing Systemic Customs depriving
Directly and indirectly Eason, those
Black, Deaf, grievant filers, or less-liked
By the Prison administration, of the Equal
Protection of the laws or Equal Privileges and
immunities under the laws, which are acts in
Furtherance of Conspiracies, where Eason
of a Class of Prisoners was injured Due to
Such Prison Conditions in His Person or Property
Or Deprivation of Any Rights or Privileges of
A Citizen of the U.S. Such was motivated by
Political and Racial and invidious Discriminatory Animus

95) EASON EXPERIENCED THE RELUCTANCE OF DEFENDANTS TO SIMPLY ENSURE, PROVIDE AND ALLOW EQUAL PROTECTIONS FROM THE LAWS WHEN HE REFUSED TO BE MUTE AS HE WITNESSED THESE PRACTICES CARRIED OUT TOWARD NOT ONLY HIM, BLACKS, BUT THOSE CONSIDERED TO BE UNPOPULAR. THIS BEGAN SINCE JAN 2022. SUCH MISCONDUCTS WOULD BE FALSIFYING DOCUMENTS IDR, GRIEVANCES, OR PRISON RECORDS BY DEFENDANTS THAT DID MORE THAN MERE DEFAMINATION OF EASONS CHARACTER. IT IMPAIRED HIS MENTAL STATE, HIS ABILITY TO GET INTO DIXON PROGRAMS, ACTIVITIES, SERVICES, OPPORTUNITIES, BENEFITS, PRIVILEGES, SCHOOLS, JOB, NORMAL PRISON NAVIGATION (REHABILITATION) UPON INFORMATION AND BELIEF THESE WERE AGREED TACITS TARGETING INMATES ("WHO HASN'T BEEN TO SEGREGATION OVER TEN TIMES FOR WEAPONS OR DRUGS, OR EVEN LEWD CONDUCTS") TO ACHIEVE THE UNLAWFUL ENDS WHICH WOULD BE CONCOCTED, AND CONSPIRED TRANSFERS (KICK OUTS) OUT OF DIXON RATHER DISCIPLINARY OR NOT AS IN "HE'S A PROBLEM LETS GET RID OF HIM" THE FALSE NARRATIVES THEY MAKE BECAUSE THEY DON'T WANT TO FOLLOW THE LAW.

96) EASON SUFFERED INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

97) THE Question BEFORE THE COURT IS EASON IS PROSE, DEAF, mentally ill DOES REQUEST COURT TO APPOINT Him COUNSEL WHERE HE EVEN IF COURTS TELL Him TO Amend IT SUBSTANTIVELY QUESTIONING HOW IS IT POSSIBLY SURE THAT EASONS CLAIMS WILL BE CURED BETTER in HIS Amended Pleadings NO one CAN SAY SO.

98) EASON IS NOT Clearly SURE IF HIS FUNDAMENTAL APPROACH IS CLEAR BEFORE THE COURTS, HE IS MISEDUCATED TO KNOW RATHER AS-APPLIED HE IS APPLYING HIS 1983 CORRECTLY. THE FOCUS IS TO APPLY ACCOUNTABILITY TO EACH DEFENDANT IN THEIR CAPACITIES AS IT APPLIES FOR THE ROLES THAT THEY PLAY. SO THE QUESTION IS STATE ACTIONS, 1983 ACTION OR Filing 1983 SO COURT MAY REVIEW AND APPLY STATE LAWS FOR SAID DEPRIVATIONS OF CONSTITUTIONAL RIGHTS AS ASSERTED, IN VIOLATIONS OF CIVIL RIGHTS. EASON AVERS ITS HAS BEEN AND ITS ALWAYS EASY FOR DEFENDANTS, STATE OFFICIALS THOSE WHO ACTED UNDER COLOR OF STATE LAW "TO GET OFF" AND NOTIFYING CHANGES ONLY FOR DEFENDANTS TO TURN AROUND A CONTINUE COMMITTING THE SAME EXACT SYSTEMIC PRACTICES COMPLAINED OF BEFORE WHEN DOES IT STOP BY CUSTOM AND HOW IS AVERED <u>HERE</u>

99) Eason can prove plausible selective enforcement equal protection claims against defendants "with counsel"

100) Eason can prove 1983 municipal liability against defendants "with counsel" plausibly

101) Eason may have notmoved without serving notice of suits, He believes He did, Even if He didnt He didnt know how, without a counsel, it doesnt by law require His state claims against defendants to be dismissed.

102) Eason can prove tort claims against defendants "with counsel" plausibly

103) Eason can prove plausible civil rights violations under either or both federal and Illinois law against defendants "with counsel"

104) Under U.S. Const. 14th Amend Clausel DIRECTS EQUAL PROTECTION CLAUSE IS ESSENTIAL THAT All PERSONS SIMILARLY SITUATED BE TREATED Alike.

105) UNDER CONSTITUTIONAL LAWS EASON MAY SHOW, LAW OR POLICY THAT EXPRESSLY CLASSIFIES PERSONS ON BASIS OF RACE, OR IDENTIFY FACIALLY NEUTRAL LAW OR POLICY THAT HAS BEEN APPLIED IN INTENTIONALLY DISCRIMINATORY MANNER, OR THAT FACIALLY NEUTRAL STATUE OR POLICY HAS ADVERSE EFFECT AND THAT IT WAS MOTIVATED BY DISCRIMINATORY ANIMUS. (PURPOSEFUL DISCRIMINATIONS DIRECTED AT IDENTIFIABLE INDIVUALS OR SUSPECTED CLASS OF INDIVUALS )

106) EVEN AS A CLASS OF ONE IN DISREGARDS OF EQUAL PROTECTION EASON WAS INTENTIONALLY TREATED DIFFERENT FROM OTHERS SIMILARLY SITUATED AND THAT THERE WAS NO RATIONAL BASIS FOR THIS DIFFERENCE IN TREATMENTS.

107) 1983 CREATES A CAUSE OF ACTION BASED ON PERSONAL LIABILITIES AND PREDICTED UPON FAULT, INCLUDING ROLES OR ACTS PLAYED IN VIOLATING SOMEONES CONSTITUTIONAL RIGHTS

108) UNDER LOCAL GOVERNMENTS MUNICIPALITY CAN BE HELD LIABLE IN A 1983 ACTION FOR THEIR ILLEGAL ACTS.

109) Local Governments acting as municipals were responsible and caused injury to Eason pursuant to their official municipal policy including decisions of governments lawmakers, acts of its policymaking officials and practices so persistent and widespread "as to actually have force of law" through deliberate conducts, municipalities were the "moving forces behind the alleged injuries 1) policies endorsed by municipals, 2) actions directed by governments authorized decisionmakers or those who established governmental policy. 3) persistence and widespread practices amounting to customs of which policymakers must have been aware of 4) constitutional violations resulting from policymakers failure to train municipal employers. (Human Relations, ADA, Library, Religion) (deliberate conducts) which head decisionmaker was aware of instead ratified subordinates unconstitutional actions conscously ignoring them. such are pre-existing pattern of violations, unconstitutional consequences were patently obvious and predictable from failure to train violations occured from intentional wrongdoing and recklessness sued in individual and official capacities

110) Civil Rights prohibits Bias-Related violence,
or intimidations by Defendants that
Directly participated in conducts
Selecting Eason for harm by targeting him
And violating constitutional Rights
Secured to Him, included with tortious
interferences with ADA privileges,
immunities, Rights, Accommodations for
Economic Advantages (unprecedented practices)

A 2) Erickson v Pardus 551 U.S. 89, 94, 127 S. Ct 2197
167 LEd 2d 1081 (2007)
City of Cleburne v Cleburne living ctr Inc
473 U.S 432, 439, 105 S. Ct 3249
87 LEd 2d 313 (1985)
Yick Wo. v Hopkins 118 U.S 356, 374-373
6. S. Ct 1064 30 LEd 2d 220 (1886)
Village of willowBrook v Olech 528 U.S. 562, 120 S. Ct
1073, 145 LEd 2d 1060 (2000)
Vance v Peters 97 F3d 987, 991 (7th Cir 1996)
Heck v Humphrey 512 U.S. 477, 483, 114 S. Ct 2364,
129 LEd 2d 383 (1994)
Ashcroft v Iqbal 556 U.S. 662, 679, 676, 129 S. Ct
1937, 173 LEd 2d 868 (2009)

Kentucky v GRAHAM 473 U.S. 159, 166, 105 S.CT 3099

81 LEd 2d 114 (1985)

MONELL v DEPT OF SOC. SERVS 436 U.S. 658, 690-691

98 S.CT 2018 56 LEd 2d 611 (1978)

CONNICK v THOMPSON 563 US 51, 60, 131 S.CT 1350,

179 LEd2d 417 (2011) AT 67, AT 70

PEMBAUR v CINTINNATI 475 U.S. 469, 479, 106 SCT

1292, 89 LEd 2d 452 (1986) AT 481

Bd OF CNTY COMM'RS v BROWN 520 U.S 397, 404,

117 S.CT. 1382, 137 LEd2d 627 (1997)

A URIEMMA v RICE 957 F2d 397, 400 (7TH CIR 1992)

City OF ST. LOUIS v PRAPROTNIK 485 U.S. 112, 122, 108

S.CT 915, 99 LEd 2d 107 (1988)

CITY OF CANTON v HARRIS 489 U.S. 378, 380

109 S.CT 1197, 103 LEd 2d 412 (1989)

SPOKEO, INC v ROBINS 578 US 330, 340, 136 S.CT 1540, 194

LEd 2d 635 (2016)

TRANS UNION LLC v RAMIREZ 594 US 413, 427-428, 141

SCT. 2199 2206, 210 LEd 2d 568 (2021)

BYRD v United STATES 584 U.S 395, 138 S.CT 1518,

1530, 200 LEd 2d 805 (2018)

CARNEGIE - MELLON UNIV v COHILL 484 US 343, 350,

108 S.CT 614, 98 LEd 2d 720 (1988)

11) THIS IS NOT A MATTER OF BOTH PROCEDURAL OR
SUBSTANTIVE "UNCONSCIONABILITY" TO FOLLOW FEDERAL
COMMON LAW, ADHERE TO CONTRACTUAL OBLIGATIONS deemed
BY DEPT OF JUSTICE. ATTORNEY GENERAL AND THE
REST OF THE DEFENDANTS "SIMPLY REFUSE TO DO THEIR JOB"
AND FOLLOW OUT STATE AND FEDERAL LAW
VELEZ V. RM ACQUISITION LLC 670 F. SUPP 3d 620 (N.D ILL 2023)

12) PLAINTIFF IS UNAWARE OF HOW TO MOVE FOR DECLARATORY JUDGEMENT
HE CONCLUSIVELY IS BEING MISLED DUE TO INABILITY TO
GET LEGAL HELP ADEQUATELY AT PRISON LAW LIBRARY
AND CANNOT FULLY COMPREHEND HOW TO INJECT HIS
1983 SUIT 1)BASED UPON APPLICATIONS OF AND
QUESTIONING OF STATE (ILLINOIS) LAW AND ITS
PROCEDURES.2) STATE LAWS AS UNCONSTITUTIONAL,
3) STATE PROCEDURAL LAWS INADEQUATE TO ALLOW
FULL LITIGATION OF CONSTITUTIONAL CLAIMS,
4) STATE LAW AND PROCEDURES SEEMS TO BE
ADEQUATE IN THEORY BUT ARENT IN PRACTICE
CONSTITUTED AS A SCHEME TO BE UNCONSTITUTIONAL
"WHERE EASON CANT GO INTO A STATE COURT AND
ATTAIN RELIEF FOR, AND FROM THOSE WHO HAS FULL
RESPONSIBILITY OVER THEM, AND BOTH WERE UNABLE
AND UNWILLING TO PROTECT HIS FEDERAL RIGHTS"

(13) EASON DID WRITE TO LEE COUNTY DISTRICT COURT CLERK

FOR APPROPRIATE FORMS "TO NO AVAIL "ONLY TO BE misLed.

EASON couldn't understand why LEE COUNTY CLERK

SENT Him DOCUMENTS So HE proceededed ON FederAl

1983 SINCE HE is under impression THERE IS NO SucH

THING AS A STATE 1983. EASON WHO IS INCOMPETENT TO

LITIGATE AND is PROSE UNDER INFORMATION AND BELIEF

BELIEVES HIS ACTION INVOLVES OR IS ALLOWED under

ILLINOIS Code OF CIVIL PROCEDURES. (STATE · LAW CLAIMS)

735 ILCS 5/2-603 (THAT VIOLATED Supremacy Cluse)

It is clear FROM THE RECORD, EASON IS AT FEAR For HIS

LIFE BECAUSE THE GOVERNMENT AND THOSE THEY ASSIGN

WONT DO THE JOBS ASSIGNED TO THEN BY CONTRACTUAL

AGREEMENTS TO DO. INSTEAD THEY WANT TO TARGET HIM

FOR FILING LAWSUITS AND COMPLAINTS, BY MAKING

HIS TIME HARDER, AND SENDING HIM ON CIRCLE

BY ELEMENTS WHITE EXTREMIST OR SUPREMACIST RAN

PRISONS THAT WITHOUT QUESTION WILL TARGET HIM DUE TO

HIS RACE. IDOC HAS DONE THIS SINCE 2018 WHEN HE

FILED LAWSUIT AGAINST STATEVILLE. THE HISTORY UP TO THIS

POINT WILL SUPPORT IT. Additionally WITH IT BEING Supported

DIXON STATE ARE extending TO CONTINUE SUCH

PRACTICE THAT is unconstitutional FOR EXCERCISING

Protected conducts.

114) THE FACTS PRESENTED TO THE JURY WILL BE JUST HOW
much INDIVIDUALS WITH FILE LAWSUITS AND GRIEVANCES
ARE TARGETED AT DIXON VERSUS THOSE AT DIXON
IN LAST 15 YEARS AT DIXON, WHO HAD DANGEROUS WEAPONS,
PITUNES, DRUGS, GANG INFLUENCE AND BEON TO
SEGREGATION "SO many TIMES AND STILL RESIDE AT DIXON"
THIS IS EMPHASIZED. EASON IS A HUMAN BEING JUST
like EVERYBODY ELSE REGARDLESS OF HIS DEAFNESS
RELIGION, RACE, SEXUAL PREFERENCES AND POLITICAL
SOCIAL AND EDUCATIONAL BELIEFS, HE HAS THE Federal
RIGHT TO BE TREATED FAIRLY AND TO EQUAL AND
NORMAL PRISON NAVIGATION WHILE AT DIXON. DIXON
OFFICIALS JUST WANT TO DO WHAT THEY WANT TO DO
IDOC AND STATE GOVERNMENT OFFICIALS ARE not
DOING ANYTHING ABOUT IT, THEREBY EASON WAS INJURED.
EASON COMPETENTLY EXPRESSES, SINCE FEB 20, 2024
STAFF HAVE BEON TARGETING HIM BOTH DIRECTLY AND INDIRECTLY
THROUGH HARASSMENT, INTIMIDATIONS, MANIPULATIONS
AND DEPRIVATIONS OF CONSTITUTIONAL RIGHTS INCLUDING
RIGHTS TO SERVICES, PROGRAMS, ACTIVITIES, AND GRIEVANCES
AND PHONE CALLS All PROTECTED BY ADA. TODAY IS MAY 16, 2024
THIS INCLUDES GROUPS OF ASSIGNED SGTS AT DIXON
ON 3-4SHIFT INCLUDING NEW once WHO WAS ASSIGNED 3-11-PM
MAY 15, 2024 TO HCU BUBBLE WHERE ADA Phone IS located.

(15) EASON IS UNDER EXTREME DURESS AND BELIEF THEY TRYING TO SET HIM UP FOR ILLEGAL TRANSFER AS PLED IN GRIEVANCE # KOO16-0524-4273 AND KOO16-0424-4002. THESE ARE UNCONSTITUTIONAL PRACTICES OPERATING UNDER ILLINOIS LAW, AND IS CHALLENGED ASKED TO BE REVIEWED SO SUCH PUNITIVE AND UNCONSTITUTIONAL PRACTICES MAY ABRUPTLY STOP AND CREATE CHANGE IN PRISON ENVIRONMENTS

(16) DISCRETIONARY BREACH OF DUTIES IS ALSO UNCONSTITUTIONAL THAT RESULTED IN RIGHTS BEING VIOLATED THIS INCLUDES STATE COMMON-LAW, AND STATUTORY CLAIMS, IN VARITIES OF THEIR CAPACITIES THE FEDERAL LAW IS LAW IN ILLINOIS AS MUCH AS LAWS PASSED BY ILLINOIS LEGISLATION.

(17) EVEN WHEN ILLINOIS STATE POLICE (TWO OFFICERS) WITH A ASL INTERPRETER (PER LAPTOP) CAME TO INTERVIEW EASON ABOUT HIS WRITTEN COMPLAINT/LETTER TO STATE POLICE REGARDING BEING ASSAULTED BY DEWEY AND BERKLEY ON FEB 29 2024 THE POLICE REPEATED TO EASON THEY WERE THERE ON CRIMINAL CHARGES THEY HAD NOTHING TO DO WITH THE ADMINISTRATION. IT BECAME APPARENTLY CLEAR TO EASON THE PROBLEM IS WITH BOTH

118) Illinois Administrative Agencies And The Illinois Department Of Corrections Administration-ing To Fix This Problem A 1983 must Be Sought.

119) Time and time Again Attorney Generals, Governors And IDOC Directors, Have Been placed on notice multiple times, so they may Facilitate prompt Settlements of valid claims, identify And correct inappropriate conducts by both Governmental And State employes, Agents And officials instead did nothing. Wielders of State Authority violated federal Rights.

120) "The central objective of the reconstruction-Era civil Rights Statues is to Ensure that individuals whose Federal constitutional or statutory Rights Are Abridged may recover damages or Secure injunctive Relief" Burnett v Grattan 408 u.s. 42, 55 (1984)

121) "A uniquely Federal Remedy Against incursions upon Rights Secured by the Constitution and laws of the Nation" Mitchum v Foster 407 u.s. 225, 239 (1972)
U.S. v Price 383 u.s. 787, 801 (1966)
Guaranty trust Co. v. New York 326 us 99, 109 (1945)
Garrett v Moore-McCormick Co 317 u.s 239, 245 (1942)

122) EASON CONTEND BECAUSE HE WAS AFRAID HE would FILE

THIS IN STATE COURT BY ERROR (LACK OF EdUCATION)

HE Respectfully ReQuESTS And Seeks TO OBTAIN

THE BENEFITS OF CERTAIN PROCEdURAl AdVANTAGES AS

THIS CASE ARISES FROM APPLICATION OF ILLINOIS LAW

WHERE INdiviUAl RIGHTS wERE VIOLATEd, (STATE-LAw ClAims)

Relief Requested

NO TRANSFERS FROM DIXON COR CEN

ENTIRE CLINICAL SERVICES TO STOP POLICIES AND

RACIAL PRACTICES IN Grievance Process by WHITE

Counselors, IDOC STAFF MOCK INMATES TO FILE grievance

WHEN DONE THEY INTENTIONALLY SABOTAGE grievance

Process, SEEK ALL AVAIL COMPENSATIONS AND RELIEFS

FOR MY SUFFERINGS, INJUNCTIVE RELIEF OFFICERS

RELIEVE OF IDOC DUTIES, FIRED, DISCIPLINED,

REFUNDS OF ALL MONEY SPENT DIXON TO PROVIDE School, Programs,

Services REQUIRED ADA ACCOMODATIONS WITHOUT BEING

HARASSED BY A PREJUDICED group OF STAFF Even

IF IT includes 20 OFFICERS AND ONLY 1 BLACK OFFICER

Among THOSE 20 WHO ERASE ME ALL WHITE. Property Returned FIXED

$2 MILLION DOLLARS IN DAMAGES

Hannibal Eason
#M03226
May 22. 2024